1  ERIC GRANT
   United States Attorney
2  CODY S. CHAPPLE
   STEPHANIE M. STOKMAN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

    UNITED STATES OF AMERICA,          CASE NO. 1:23-CR-00102-TLN-BAM
12
              Plaintiff,
13                                       **STIPULATION TO CONTINUE STATUS
          v.                             CONFERENCE AND EXCLUDE TIME; AND
14                                       ORDER**
    ANDREW RORIGUEZ, and
15  ANDREW MADRID,

16            Defendants.

17

18
          The parties stipulate as follows:
19
          1.      A federal grand jury indicted seven defendants on August 31, 2023, charging them with
20
    seventeen drug and gun related counts in a superseding indictment. Of those seven defendants, only
21
    defendants Andrew Rodriguez and Andrew Madrid remain in this case. Defendant Rodriguez is detained,
22
    and defendant Madrid is out of custody. Presently, a status conference is set on November 12, 2025, with
23
    time excluded to that date.
24
          2.      On July 5, 2023, the government produced initial discovery and has produced supplemental
25
    discovery.
26
          3.      The Government extended plea offers to the remaining defendants. Neither defendant
27
    accepted the plea offer.
28
          4.      On August 12, 2025, Defendant Rodriguez's attorney withdrew, and attorney John Garland

                                          1

1  filed a notice of appearance. ECF 246. The Court continued the September 10, 2025, status conference to

2  November 12, 2025, to allow Mr. Garland time to review discovery. No trial date is set.

3       5.       Now, the parties have met and conferred and agreed to continue the status conference from

4  November 12, 2025, to January 14, 2026, to further provide defendants with reasonable time necessary

5  for effective preparation, so that the defendants can review the discovery, and for defendants to consider

6  a pre-trial resolution of the case.

7       6.       The parties understand that they will appear at the next status conference to set this case

8  for trial if no resolution has been made by then.

9       7.       The parties agree that the interests of justice served by granting this continuance outweigh

10 the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

11 from November 12, 2025, through January 14, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C.

12 § 3161(h)(7)(A) and (h)(7)(B)(iv).

13       IT IS SO STIPULATED.

14

15  Dated: November 6, 2025                    ERIC GRANT
                                               United States Attorney

16

17                                             */s/ Cody Chapple*
                                               Cody Chapple
18                                             Stephanie M. Stokman
                                               Assistant United States Attorney

19

20  Dated: November 6, 2025                    */s/ Robert Conrad Lamanuzzi*
                                               Robert Conrad Lamanuzzi
21                                             Law Offices of Robert C Lamanuzzi
                                               Counsel for ANDEW MADRID
22

23

24

25  Dated: November 6, 2025                    */s/ John Frederick Garland*
                                               John Frederick Garland
                                               Law Office of John Garland
26                                             Counsel for ANDREW RODRIGUEZ

27

28

2

## **ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

Therefore, for good cause shown:

1.      The status conference is continued from November 12, 2025, until **January 14, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2.      The period from November 12, 2025, through January 14, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    **November 6, 2025**               /s/ *Barbara A. McAuliffe*          _
                                                          UNITED STATES MAGISTRATE JUDGE