IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW MADRID,

Defendant.

CASE NO. 1:23-CR-00102-MWJS-EPG

**PRETRIAL SCHEDULING ORDER**

Trial: **S**eptember 22, 2026
Time: 8:30 a.m.
Court: Hon. Micah WJ Smith

The Court has read and considered the parties' stipulation regarding the proposed pretrial scheduling order. Good cause appearing therefor, the Court hereby ORDERS as follows:

1. The following pretrial schedule is **SET**:

a) The parties may file motions *in limine*, with supporting memoranda of points and authorities, no later than **September 4, 2026.** Any opposition to a motion *in limine* are due **September 9, 2026.** Replies, if any, are due **September 11, 2026.**

b) The pretrial conference/motions *in limine* hearing shall be set on **September 14, 2026**, at before District Judge Micah WJ Smith at a location and time set by the Court.

c) The parties shall file proposed jury instructions and verdict forms by **September 9, 2026**. Any objections to the proposed jury instructions and verdict forms shall be filed by **September 11, 2026**.

d) The parties shall file any proposed voir dire by **September 17, 2026**. The United States shall, and the defendant may, file a witness and exhibit list no later than **September 17, 2026**. The United States shall submit three sets of binders containing pre-marked exhibits to the Clerk of Court, and one set to the defendant, by **September 18, 2026.** The parties may file a trial brief, if any, by **September 17, 2026.**

//

//

IT IS SO ORDERED.

DATED: August 26, 2026

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge